AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DARNELL A. CATLETT**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**May 20, 2005**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .40 caliber handgun and. 40 caliber ammunition.**

in violation of Title __**18**__ United States Code, Section(s) __**922(g)(1)**__.

I further state that I am __**OFFICER WAYNE STANCIL**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER WAYNE STANCIL**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____  at  __**Washington, D.C.**__
Date                                                                                      City and State

_____          _____
Name & Title of Judicial Officer                       Signature of Judicial Officer