## **STATEMENT OF FACTS**

      On Friday, May 20, 2005, at about 11:25 p.m., sworn officers with the Metropolitan Police Department conducted a traffic stop in the 1300 block of Adams Street, N.E., Washington, D.C. During the course of the stop, officers asked the defendant if they could search the van he was driving for guns or drugs. The defendant gave officers consent to search the van. Officers recovered a loaded Smith & Wesson .40 caliber handgun from the front fold of a CD Holder. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Darnell Catlett, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia Criminal Case No. 92-366 and D.C. Superior Court Criminal Case No. F9755-93. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.

_____
OFFICER WAYNE STANCIL
FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF MAY, 2005.


_____
U.S. MAGISTRATE JUDGE