# United States District Court

FOR THE _____ DISTRICT OF ____ COLUMBIA

FILED
MAY 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Darnell A. Catlett*
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 05-308M-01

Upon motion of the _____ UNITED STATES GOVERNMENT _____, it is ORDERED that a detention hearing is set for __6-2-05__ * at __1:45PM__
                                         Date                           Time

before _____ MAGISTRATE JUDGE ~~ALAN KAY~~ *John M. Facciola*
                      Name of Judicial Officer

United States District Court for the District of Columbia
                      Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____) and produced for the hearing.
                      Other Custodial Official

Date: *May 23, 2005*                                    /s/ Alan Kay
                                                        Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.