SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES  **05 - 0308M - 01**

UNITED STATES
No._____

TOT

Vs.

P.D.I.D. No. _423-285_
DOB. 1/20/73
CCR 065193

_Darnell Catlett_ (Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____

**COMMITMENT/RELEASE**

**FILED**
MAY 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☑ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _5/23/05_

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____

Address:_____

_____  Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: _5/21/05_                    _[signature]_ JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03